**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>LEAMON BRIAN WALTON<br>JANET MARIE WALTON<br>Debtor(s) | Case No. 11-46197 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/15/2011.

2) The plan was confirmed on 02/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/18/2015.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,385.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,400.00 |
| Less amount refunded to debtor | $710.77 |
| **NET RECEIPTS:** | **$23,689.23** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,135.03 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,635.03** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 13,614.00 | 9,003.97 | 9,003.97 | 450.20 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 16,075.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 565.00 | 564.23 | 564.23 | 28.21 | 0.00 |
| BARBARA RACKOUSKI | Unsecured | 4,190.00 | NA | NA | 0.00 | 0.00 |
| BONE & JOINT SPECIALISTS | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| BUDCO NISSAN | Unsecured | 1,780.00 | NA | NA | 0.00 | 0.00 |
| CARDIAC CARE ASSOCIATES | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Secured | 10,025.00 | 16,025.40 | 8,255.85 | 8,255.85 | 1,509.27 |
| CHASE AUTO FINANCE | Unsecured | 6,682.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS RLE PR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS RLE PR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 1,357.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE IMAGING ASSOC | Unsecured | 33.00 | 33.65 | 33.65 | 1.68 | 0.00 |
| COMPREHENSIVE IMAGING ASSOC | Unsecured | 20.00 | 16.17 | 16.17 | 0.81 | 0.00 |
| CONROY ORTHOPAEDIC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| DANIEL T WEBER MD | Unsecured | 1,057.00 | NA | NA | 0.00 | 0.00 |
| DR BARBARA CRITTON GREEN | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY MIDWEST | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| EAGLE PROPERTIES INC | Unsecured | 7,200.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,181.00 | 2,565.33 | 2,565.33 | 128.27 | 0.00 |
| ECMC | Unsecured | 1,673.00 | 1,848.20 | 1,848.20 | 92.41 | 0.00 |
| ENDODONTIC PERIODONTIC ASSOC | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FEDERAL LOAN SERVICES | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 4,125.00 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Unsecured | 11,227.00 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Secured | 204,000.00 | 213,461.67 | NA | 0.00 | 0.00 |
| H&H HEALTH SPECIALISTS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| HARVEY ANESTHESIOLOGISTS | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 1,153.00 | 234.79 | 234.79 | 11.74 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | NA | 1,883.59 | 1,883.59 | 94.18 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 6,286.00 | 6,285.89 | 6,285.89 | 314.29 | 0.00 |
| HOMEWOOD FIRE DEPT | Unsecured | 678.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 800.23 | 800.23 | 40.01 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 1,048.36 | 1,048.36 | 52.42 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 245.00 | 195.70 | 195.70 | 195.70 | 0.00 |
| ILLINOIS HOUSING DEV AUTHORITY | Secured | 14,320.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS HOUSING DEV AUTHORITY | Unsecured | 14,320.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,529.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 5,809.00 | 34,378.36 | 34,378.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 181.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,439.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 6,957.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 14,784.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,009.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 181.00 | 91.03 | 91.03 | 4.55 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,373.00 | 3,812.16 | 3,812.16 | 3,812.16 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,809.00 | 0.00 | 34,378.36 | 1,718.92 | 0.00 |
| JANICE MANDLA MATTINGLY P C | Unsecured | 0.00 | 9,366.88 | 9,366.88 | 468.34 | 0.00 |
| KUMAR MOOLAYIL MD | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| MINUTECLINIC DIAGNOSTIC OF IL | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NEUROLOGY ASSOCI | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS INC | Unsecured | 7.00 | 5.58 | 5.58 | 0.28 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Secured | 14,350.00 | 23,710.16 | 0.00 | 0.00 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Unsecured | 10,746.00 | 2,785.16 | 0.00 | 0.00 | 0.00 |
| PERFORMANCE DENTAL CARE | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| PHONEPOWER | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 795.00 | 792.69 | 792.69 | 39.63 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,409.00 | 2,638.00 | 2,638.00 | 131.90 | 0.00 |
| PREMIER BANK CARD | Unsecured | 251.00 | 263.42 | 263.42 | 13.17 | 0.00 |
| PREMIER BANK CARD | Unsecured | 282.00 | 303.25 | 303.25 | 15.16 | 0.00 |
| QC FINANCIAL SVC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 100.00 | 525.00 | 525.00 | 26.25 | 0.00 |
| REGIONAL MENTAL HEALTH CENTE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SAMC DBA FPN | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| SISTERS OF ST FRANCIS HEALTH | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SMALL BUSINESS ADMINISTRATION | Unsecured | 22,800.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 2,794.00 | 2,713.05 | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | NA | 2,713.05 | 2,713.05 | 135.65 | 0.00 |
| SUNITI MEDICAL CORP | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,574.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED | Unsecured | 1,824.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 5,250.00 | 21,097.70 | 21,097.70 | 1,054.89 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO/US AID FUNDS INC | Unsecured | 9,144.00 | 9,165.26 | 9,165.26 | 458.26 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,255.85 | $8,255.85 | $1,509.27 |
| All Other Secured | $34,378.36 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$42,634.21** | **$8,255.85** | **$1,509.27** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,007.86 | $4,007.86 | $0.00 |
| **TOTAL PRIORITY:** | **$4,007.86** | **$4,007.86** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$105,624.63** | **$5,281.22** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,635.03 |
| Disbursements to Creditors | $19,054.20 |
| **TOTAL DISBURSEMENTS:** | **$23,689.23** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/01/2015                                       By: /s/ Tom Vaughn
                                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**